THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK
    SHANLEY, Appellant, *v.* THEODORE A. BINGHAM, as Police
    Commissioner of the City of New York, et al., Respondents.
    (No. 2.)

*People ex rel. Shanley* v. *Bingham,* 126 App. Div. 914, appeal dismissed.
(Submitted January 5, 1909; decided January 19, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered June
10, 1908, which affirmed an order of Special Term denying a
motion to compel the defendants to make a further return to
a writ of certiorari.

*J. J. Bennett* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore
Connoly* and *Royal E. T. Riggs* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.
    Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN,
WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.